**RECEIVED**

MAR 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

RECEIVED

MAR - 2 2007

Original File Copy
Beins, Axelrod,
Gleason & Gibson, P.C.

02-23-2007

H. DAVID KELLY, ESQUIRE
BEINS AXELROD GLEASON & GIBSON PC
1625 MASSACHUSETTS AVENUE, NW, SUITE 500
WASHINGTON, DC 20036

Esther Hankerson, et al. v. Washington Teachers' Union, Local 6,
American Federation of Teachers, AFL-CIO

Case No. 1:06CV02170

Invoice No. 184190

Client Matter No. WTU

SERVICE OF PROCESS
Washington Teachers' Union, Local 6, American Federation of
Teachers, AFL-CIO, 1717 K Street, NW, #902, Washington, DC 20005
02-23-2007

COURIER SERVICE                                              $15.00
SERVICE OF PROCESS                                           $60.00

**AMOUNT PAID-**

**BALANCE DUE UPON RECEIPT-**                                $75.00

Please write invoice no. 184190 on your check.

**Case Comments-**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ESTHER HANKERSON
218 Graiden Street
Upper Marlboro, MD 20774

and

CONSTANCE M. PENDERGRASS
3108 Alabama Avenue, SE
WASHINGTON, DC 20020

**SUMMONS IN A CIVIL CASE**

V.

WASHINGTON TEACHERS' UNION,
LOCAL 6, AMERICAN FEDERATION OF
TEACHERS, AFL-CIO
1717 K Street, NW
Washington, DC 20005,

CASE NUMBER  1:06CV02170

JUDGE: Ricardo M. Urbina

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 12/21/2006

TO: (Name and address of Defendant)

WASHINGTON TEACHERS' UNION,
LOCAL 6, AMERICAN FEDERATION OF
TEACHERS, AFL-CIO
1717 K Street, NW
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 20 2006

CLERK                                         DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Esther Hankerson, et al.

vs.

Washington Teachers' Union, Local 6, American Federation of
Teachers, AFL-CIO

No. 1:06CV02170

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make
service of the Summons, Complaint by Employee Pension Benefit Plan
Participants to Request Penalty for Failure of Plan Administrator to
Timely Respond to Their Written Request for Plan Documents in the
above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:33 pm on February 23, 2007, I served Washington
Teachers' Union, Local 6, American Federation of Teachers, AFL-CIO
at 1717 K Street, NW, #902, Washington, DC 20005 by serving Herbert
B. Thomas, Administrative Assistant, authorized to accept.
Described herein:

```
  SEX-    MALE
  AGE-    40
HEIGHT-   5'10"
  HAIR-   BLACK
WEIGHT-   170
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on _____2-26-07_____
                    Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 184190