UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER HANKERSON )<br>)<br>and )<br>)<br>CONSTANCE M. PENDERGRASS )<br>)<br>Plaintiffs, )<br>) C. A. No. 1:06-CV-2170<br>v. )<br>)<br>WASHINGTON TEACHERS' UNION, )<br>LOCAL 6, AMERICAN FEDERATION )<br>OF TEACHERS, AFL-CIO )<br>)<br>Defendant. ) | |

**STIPULATION OF DISMISSAL**

The parties to the above captioned matter, having reached a full and complete settlement of all claims encompassed by the Complaint, as well as claims that might be regarded as arising out of the facts relevant to the Complaint, hereby stipulate that this matter be dismissed with prejudice. A copy of the settlement agreement between the parties is attached.

Points and Authorities: F.R.Civ.Proc. 41(a).

Respectfully submitted,

/s/
H. David Kelly, Esq. (DC Bar No. 471254)
Beins, Axelrod, P.C.
1625 Massachusetts Avenue, N.W.
Suite 500
Washington, D.C. 20036
Telephone No.  (202) 328-7222
Fax No.  (202) 328-7030
dkelly@beinsaxelrod.com

Attorney for the Plaintiffs

2

/s/
Thomas J. Hart (DC Bar No.  165647)
Slevin & Hart, P.C.
1625 Massachusetts Avenue., N.W.
Suite 450
Washington D.C. 20036
Telephone No. (202) 797-8700
Fax No.  (202) 234-8231 (fax)
thart@slevinhart.com

Attorney for Defendant

88060v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER HANKERSON<br><br>and<br><br>CONSTANCE M. PENDERGRASS<br><br>         Plaintiffs,<br><br>v.<br><br>WASHINGTON TEACHERS' UNION,<br>LOCAL 6, AMERICAN FEDERATION<br>OF TEACHERS, AFL-CIO<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 1:06-CV-2170<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SETTLEMENT AGREEMENT
## AND RELEASE

THIS SETTLEMENT AGREEMENT AND RELEASE (hereinafter, "Agreement") is made by and between Esther Hankerson and Constance Pendergrass ("Plaintiffs"), Defendant Washington Teachers Union Local 6, American Federation of Teachers, AFL-CIO ("WTU"), and the Washington Teachers Union, Local 6, American Federation of Teachers, AFL-CIO Staff Retirement Plan ("Plan");

**WHEREAS**, Plaintiffs filed a civil action against Defendant WTU entitled *Esther Hankerson and Constance M. Pendergrass v. Washington Teachers' Union, Local 6, American Federation of Teachers, AFL-CIO*, Case No. 06-CV-2170, seeking a penalty for an alleged failure to provide ERISA required documentation to Plaintiffs plus attorneys' fees, and, it becoming clear during the discovery process that Plaintiffs also sought contributions to their retirement accounts allegedly due but not made (the "Action"); and

**WHEREAS,** Defendant filed an answer disputing the material allegations contained in the complaint and, additionally, raising affirmative defenses; and

**WHEREAS**, the parties wish to resolve all claims in the Action without incurring the expense, risk, and delay associated with further litigation;

NOW THEREFORE, to resolve the Action and in consideration of the mutual covenants and agreements herein and for other good and valuable consideration, the parties agree as follows:

1. The WTU will contribute to the Plan accounts of the Plaintiffs, the following amounts.

    a. For Plaintiff Esther Hankerson, $2,804, and

    b. For Plaintiff Constance Pendergrass, $10,434.

2. Neither WTU nor the Plan admit that they have any liability to Plaintiffs in this matter, that any right of Plaintiffs was breached or that any law was violated in connection with the claims here resolved.

3. ***Plaintiffs' Attorney's Fees.*** In total settlement of Plaintiffs' claims for attorney's fees, Defendant WTU shall pay attorneys' fees of $5,000, which payment shall be made directly to their attorneys.

4. ***Dismissal of Claims.*** Within five (5) business days of the Effective Date of this Agreement, the parties will execute and file, either jointly or separately, Stipulations of Dismissal, dismissing with prejudice all claims asserted, or which could have been asserted, in the Action.

5. ***Plaintiffs' Release.*** Plaintiffs hereby release and discharge the WTU and the Plan, together with their respective trustees, fiduciaries, agents, officers, representatives, employees, and assigns, from any and all claims or causes of action, whether statutory, contractual, in tort, or otherwise, both known and unknown, that it has or may have, arising out of or related to the claims made in the Action, or which could have been made, provided however that such dismissal shall not affect the rights of the parties to enforce the terms of this Agreement.

6. This Agreement and all of its provisions shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

7. This Agreement may be signed in counterparts, each of which shall constitute an equally authentic original.

8. The parties agree to maintain in confidentiality the terms and conditions of this Agreement and not to disclose its terms and conditions to the public, other than: (i) pursuant to an order of a court or governmental agency of competent jurisdiction; (ii) pursuant to legal process; and/or (iii) to the parties attorneys, accountants, tax advisors and any other persons necessary for the conduct of the parties' operations.

9. ***Effective Date.*** The Settlement Agreement shall become effective on the date on which the last of the parties to this Agreement makes execution of the Agreement.

**Agreed:**

_____            _____
Esther Hankerson                                  Thomas J. Hart, Esq.
                                                             Slevin & Hart, P.C.
Date: Jan. 18, 2007                            1625 Massachusetts Avenue, N.W.
                                                             Suite 450
                                                             Washington, D.C. 20036
                                                             (202) 797-8700
_____
Constance Pendergrass                     Date: 1/15/08

Date: _____                          Attorney for Washington Teachers Union and Plan

86139v1

9.  ***Effective Date.***  The Settlement Agreement shall become effective on the date on which the last of the parties to this Agreement makes execution of the Agreement.

**Agreed:**

_____  
Esther Hankerson

Date: _____

*(signed)* Constance Pendergrass  
Constance Pendergrass

Date:  01-17-08

*(signed)* Thomas J. Hart  
Thomas J. Hart, Esq.  
Slevin & Hart, P.C.  
1625 Massachusetts Avenue, N.W.  
Suite 450  
Washington, D.C.  20036  
(202) 797-8700

Date:  1/15/08

Attorney for Washington Teachers Union and Plan

86139v1